# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
September 18, 2018

Lyle W. Cayce
Clerk

No. 18-20189
Summary Calendar

MIRIAM BLANK,

  Plaintiff - Appellant

v.

JACK NUSZEN; SHANNON ORAND NUSZEN; RICARDO LAZARO
RAMOS, Esq.; RICARDO L. RAMOS P.L.L.C.; GOLDA R. JACOB, Esq.;
GOLDA R. JACOB & ASSOCIATES; CAREL STITH, Esq.; ALICE O'NEILL,
Esq.; MACY CASSIN, Esq.; NORMA WILLCOCKSON, also known as Norma
Willcoxson; MELVIN WILLCOCKSON, also known as Melvin Willcoxson;
GUARDIANS OF HOPE; DOCTOR KAREN GOLLAHER; DOCTOR JAY
BEVAN; HONORABLE JIM YORK; HONORABLE CHARLEY PRINE;
JOHN & JANE DOES 1-100,

  Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CV-2376

Before REAVLEY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 18-20189

The reasons for the district judge's judgment are adequately explained by that court.

AFFIRMED.